UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
RICHARD RUSSELL BAKER            CASE NO.: 6:16-bk-01087
    Debtor(s)                             CHAPTER: 13
_____/

### VERIFIED MOTION TO STRIP LIEN OF THE UNITED STATES OF AMERICA

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

PURSUANT TO LOCAL RULE 2002-04, THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES OBJECTION WITHIN 21 DAYS FROM THE DATE SET FORTH ON THE PROOF OF SERVICE ATTACHED TO THIS PAPER PLUS AN ADDITIONAL THREE DAYS FOR SERVICE. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT 400 W. WASHINGTON STREET, SUITE 5100, ORLANDO, FL 32801 AND SERVE A COPY ON THE MOVANTS' ATTORNEY, K. HUNTER GOFF, 600 N US HWY 27, SUITE 6, MINNEOLA, FL 34715, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED.

IF YOU FILE AND SERVE AN RESPONSE WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE AND NOTIFY YOU OF A HEARING, OR THE COURT MAY CONSIDER THE REPONSE AND MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONS WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING AND MAY GRANT THE RELIEF REQUESTED.

---

COMES NOW the Debtor, by and through his undersigned attorney, and files this Motion to Strip Lien of the United States of America pursuant to 11 U.S.C. § 506 of the Bankruptcy Code and Bankruptcy Rule 3012 and in support thereof state the following:

1. The Debtor(s) filed a petition under Title 11, Chapter 13 of the United States Bankruptcy Code on February 21, 2016.

2. The Debtor(s) owns real property located at 4080 Tenita Drive, Winter Park, FL 32792, and more particularly described as:

    > LOT 11, OF LAKE WAUNATTA WOOD, UNIT 1, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 5, PAGE 57, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

3. The Debtor(s) also owns real property located at 2627 Ambergate Road, Winter Park, FL 32792, and more particularly described as:

> LOT 2, BLOCK D, WINTER PARK ESTATES SECTION ONE, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK U, PAGES 146 AND 147, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

4. Prior to the filing of the Petition a Judgment in the amount of $140,245.75 was granted to the United States of America in the case of United States of America vs. Richard R. Baker, Case No. 6:13-CV-187-ORL-28 KRS, which was listed on the amended schedules filed with the petition in this case and on the master mailing matrix filed with the Clerk of this Court.

5. The United States of America subsequently recorded its Abstract of Judgment Notice in Orange County, Florida, Book 10650, Page 2325, File No. 20130551045 on October 16, 2013.

6. There was no equity in the Debtor's residential real estate to which the lien could secure at the time that the petition was filed. Therefore, the claim of the United States of America is wholly unsecured.

7. The Debtor obtained an estimated value from Zillow.com on March 17, 2016 and states that at the time he filed his bankruptcy petition, and at the time of this Motion, the value of his interest in the Tenita Drive property was and is approximately $305,152.00.

8. The Debtor's interest in the Tenita Drive property is subject to the first lien arising out of a mortgage in favor of Wells Fargo Home Mortgage in the amount of $163,393.00.

9. The Debtor's interest in the Tenita Drive property is subject to a second lien arising from a federal tax liability in favor of the Internal Revenue Service recorded July 19, 2010 in Orange County, Florida in the amount of $121,067.02.

10. The Debtor's interest in the Tenita Drive property is subject to a third lien arising from a federal tax liability in favor of the Internal Revenue Service also recorded July 19, 2010 in Orange County, Florida in the amount of $64,219.46.

11. The judgment lien securing the United States of America is junior to the first mortgage and liens listed above as owing to Wells Fargo Home Mortgage and the Internal Revenue Service respectively.

12. Pursuant to 11 U.S.C. Section 506(a), the United States of America has no allowable secured claim regarding the claim for the lien on the Tenita Drive real estate.

13. The Debtor obtained an estimated value from Zillow.com on March 17, 2016 and states that at the time he filed his bankruptcy petition, and at the time of this Motion, the value of the Ambergate Road property was and is approximately $156,351.00.

14. The Debtor's interest in the Ambergate Road property is subject to the first lien arising out of a mortgage in favor of Americas Servicing Company in the amount of $180,259.00.

15. The Debtor's interest in the Ambergate Road property is subject to a second lien arising from a federal tax liability in favor of the Internal Revenue Service recorded July 19, 2010 in Orange County, Florida in the amount of $121,067.02.

16. The Debtor's interest in the Ambergate Road property is subject to a third lien arising from a federal tax liability in favor of the Internal Revenue Service recorded July 19, 2010 in Orange County, Florida in the amount of $64,219.46.

17. The judgment lien securing the United States of America is junior to the first mortgage and liens listed above as owing to Wells Fargo Home Mortgage and the Internal Revenue Service respectively.

18. Pursuant to 11 U.S.C. Section 506(a), the United States of America has no allowable secured claim regarding the claim for the lien on the Ambergate Road real estate.

19. Any timely filed claim of the United States of America for the lien is allowable only as an unsecured claim and in the event that no such claim is filed the United States of America will have no claim against this estate.

**WHEREFORE,** the Debtor respectfully pray of the Court as follows:

A. That this Court determine that the United States of America has no secured interest for the judgment lien obtained on the real estate described above owned by the Debtor;

B. That this Court order the United States of America to cancel the lien on the real estate described above owned by the debtor pursuant to 11 U.S.C. Section 506(d), immediately upon the entry of the Discharge Order and deliver the same to the attorney for the debtor within 20 days from the date of the entry of the said order at no charge or fee for the aforesaid cancellation and delivery;

C. That this Court direct the Trustee that any timely filed proof of claim of the United States of America for the lien be treated as an unsecured claim under the plan;

D. That the Court grant such other and further relief as is proper and just.

## AFFIDAVIT

I, Richard Russell Baker, declare under penalties of perjury, that the foregoing Motion to Strip Lien of Guaranty Bank is true and correct to the best of my knowledge, information, and belief.

_3-18-16_
Date

_[signature]_
RICHARD RUSSELL BAKER

State of Florida
County of ORANGE

Sworn before me this _18th_ day of _March_, 2016.
WITNESS my hand and official seal
Signature: _[signature]_   Affiant: ____ Known: ____ Produced ID: ____

Type of ID: _FDL - B-260-756-66-306-0_

LATOYA TAMIKA BROWN-JOHNSON
MY COMMISSION #EE222089
EXPIRES: AUG 11, 2016
Bonded through 1st State Insurance

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Strip Lien has been furnished by Electronic Notice or U.S. Mail to:

**Chapter 13 Trustee,** Kelly Remick, through Electronic Filing.
**Creditor,** United States of America, Attn: Loretta Lynch, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001;
**Attorney for Creditor,** Becker & Poliakoff, P.A., Attn: Steven M. Davis, Esq., 121 Alhambra Plaza, 10th Floor, Coral Gables, FL 33134;
**Debtor,** Richard R Baker, 4080 Tenita Dr, Winter Park, FL 32792.

On _3/18/16_

//s// K. Hunter Goff
K. Hunter Goff, Esq.
FBN: 0240930
K. Hunter Goff, P.A.
600 N US Hwy 27, Suite 6
Minneola, FL 34715
T 407-898-8225
hunter@khuntergoffpa.com