**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:
**RICHARD RUSSELL BAKER**                     CASE NO.: 6:16-bk-01087
          Debtor(s)                                        CHAPTER 13
_____/

**1st AMENDED CHAPTER 13 PAYMENT PLAN**

The Debtor(s) certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

1. **MONTHLY PLAN PAYMENTS**

   Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor(s) shall make payments to the Trustee for the period of **60 months**. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

   |     | Amount of Monthly Payment | Plan Month | Est. Due Dates |
   |-----|---------------------------|------------|----------------|
   | (A) | $2,443.00                 | 01-07      | Mar 22, 2016 – Sept 22, 2016 |
   | (B) | $1,769.00                 | 08-60      | Oct 22, 2016 – Feb 22, 2021 |

   To pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY'S FEES**

   Base Fee: $10,500.00     Total Paid Prepetition: $2,000.00     Balance Due: $8,500.00
   Estimated Additional Fees Subject to Court Approval: $0.00
   Attorney's Fees Payable through Plan: $3,500.00, Monthly: See Attached Spreadsheet (subject to adjustment). Equivalent of $5,000 in legal marketing consulting services to be provided to attorney by Debtor.

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507)**

   | Acct No. | Creditor | Total Claim |
   |----------|----------|-------------|
   | 3082     | Internal Revenue Service: 2014 1040 Liability | $1,444.00 |

4. **TRUSTEE FEES**

   Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS**

   Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

   **(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

   | Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
   |---|---|---|---|---|---|
   | 5037 | Wells Fargo Home | 4080 Tenita Dr | See Attached Spreadsheet | | |

   **(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for non-homestead, income-producing property, 75% of the gross rental income generated from the property:

   | Acct No. | Creditor | Collateral Address | Payment Amount |
   |---|---|---|---|
   | NONE | | | See Attached Spreadsheet |

   **(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

   | Acct No. | Creditor | Collateral Desc/Address | Claim Amt | Value | Interest Rate | Payment Amt |
   |---|---|---|---|---|---|---|
   | NONE | | | | | | See Attached Spreadsheet |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Acct No. | Creditor | Collateral Desc/Address | Claim Amt | Interest Rate | Payment Amt |
|---|---|---|---|---|---|
| NONE | | | | | See Attached Spreadsheet |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Acct No. | Creditor | Collateral Desc. | Regular Pmt | Arrears |
|---|---|---|---|---|
| NONE | | | See Attached Spreadsheet | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Acct No. | Creditor | Property/Collateral |
|---|---|---|
| 3082 | Internal Revenue Service (See Sch D #2.8) | All Property, Real & Personal |
| NONE | Carole Baker | 2009 Jeep Wrangler |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Acct No. | Creditor | Collateral Desc./Address |
|---|---|---|
| 08-28209 | Citibank, N.A. | Judgment Lien |
| 3082 | United States of America DOE | Judgment Lien |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| 1500 | American Svc Company | 2627 Ambergate Rd |

6. **LEASES/EXCUTORY CONTRACT**

| Acct No. | Creditor | Property | Assume/Reject | Est Arrears |
|---|---|---|---|---|
| NONE | | | | |

7. **GENERAL UNSECURED CREDITORS**

General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than **$0.00**.

8. **ADDITIONAL PROVISIONS**

(A) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

(B) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C) Property of the estate shall vest in Debtor(s) upon confirmation of the Plan.

(D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

**(F)** Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9. **NONCONFORMING PROVISIONS:**
   None

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the 1st Amended Chapter 13 Plan, has been furnished by Electronic Notice or U.S. Mail to all parties on the attached mailing matrix.

| | |
|---|---|
| On or before October 3, 2016 | //s// K. Hunter Goff |
| | K. Hunter Goff, Esq. |
| | FBN: 0240930 |
| | K. Hunter Goff, P.A. |
| | 600 N US Hwy 27, Suite 6 |
| | Minneola, FL 34715 |
| | T 407-898-8225 |
| | hunter@khuntergoffpa.com |

| Name: | Baker, Richard | | | | Wells Fargo | Wells Fargo | Wells Fargo | ASC | IRS | IRS | Carole Baker | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case No.: | 6:16-bk-01087 | | | | 1st Mtg Tenita | 1st Mtg Arr | 1st Mtg Gap | 1st Mtg Amb | Tax Liens | 14 Income T | 2009 Jeep | U/S |
| | 2nd Plan | 22nd | $3,500.00 | | $163,393.00 | $3,015.04 | $1,507.52 | $180,259.00 | Disputed | $1,444.00 | $12,000.00 | Creditors |
| Date | No. | Payment | Trustee | Atty | Atty Mon | Ongoing | Secured | Secured | Surr | Paid OS | Priority | Paid OS | |
| Mar-16 | 1 | $2,443.00 | $244.30 | $500.00 | $0.00 | $1,504.72 | $0.00 | $0.00 | $0.00 | $0.00 | $193.98 | $0.00 | $0.0000 |
| Apr-16 | 2 | $2,443.00 | $244.30 | $500.00 | $0.00 | $1,504.72 | $0.00 | $0.00 | $0.00 | $0.00 | $193.98 | $0.00 | $0.0000 |
| May-16 | 3 | $2,443.00 | $244.30 | $500.00 | $0.00 | $1,504.72 | $0.00 | $0.00 | $0.00 | $0.00 | $193.98 | $0.00 | $0.0000 |
| Jun-16 | 4 | $2,443.00 | $244.30 | $500.00 | $0.00 | $1,504.72 | $0.00 | $0.00 | $0.00 | $0.00 | $193.98 | $0.00 | $0.0000 |
| Jul-16 | 5 | $2,443.00 | $244.30 | $500.00 | $0.00 | $1,504.72 | $0.00 | $0.00 | $0.00 | $0.00 | $193.98 | $0.00 | $0.0000 |
| Aug-16 | 6 | $2,443.00 | $244.30 | $500.00 | $0.00 | $1,504.72 | $0.00 | $0.00 | $0.00 | $0.00 | $193.98 | $0.00 | $0.0000 |
| Sep-16 | 7 | $2,443.00 | $244.30 | $500.00 | $0.00 | $1,504.72 | $0.00 | $0.00 | $0.00 | $0.00 | $193.98 | $0.00 | $0.0000 |
| Oct-16 | 8 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $0.62 | $0.62 | $0.00 | $0.00 | $86.14 | $0.00 | $0.0000 |
| Nov-16 | 9 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Dec-16 | 10 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jan-17 | 11 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Feb-17 | 12 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Mar-17 | 13 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Apr-17 | 14 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| May-17 | 15 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jun-17 | 16 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jul-17 | 17 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Aug-17 | 18 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Sep-17 | 19 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Oct-17 | 20 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Nov-17 | 21 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Dec-17 | 22 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jan-18 | 23 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Feb-18 | 24 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Mar-18 | 25 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Apr-18 | 26 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| May-18 | 27 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jun-18 | 28 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jul-18 | 29 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Aug-18 | 30 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Sep-18 | 31 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Oct-18 | 32 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Nov-18 | 33 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Dec-18 | 34 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jan-19 | 35 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Feb-19 | 36 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Mar-19 | 37 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Apr-19 | 38 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| May-19 | 39 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jun-19 | 40 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jul-19 | 41 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Aug-19 | 42 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Sep-19 | 43 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Oct-19 | 44 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Nov-19 | 45 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Dec-19 | 46 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jan-20 | 47 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Feb-20 | 48 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Mar-20 | 49 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Apr-20 | 50 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| May-20 | 51 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jun-20 | 52 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jul-20 | 53 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Aug-20 | 54 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Sep-20 | 55 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Oct-20 | 56 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Nov-20 | 57 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Dec-20 | 58 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Jan-21 | 59 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.97 | $28.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.4300 |
| Feb-21 | 60 | $1,769.00 | $176.90 | $0.00 | $0.00 | $1,504.72 | $57.95 | $28.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.5100 |
| | | $110,858.00 | $11,085.80 | $3,500.00 | $0.00 | $90,283.20 | $3,015.04 | $1,507.52 | $0.00 | $0.00 | $1,444.00 | $0.00 | $22.44 |
| | | | | | | | | | | | | | Total Unsecured Debt |
| Allowed: | | | | $3,500.00 | $0.00 | $90,283.20 | $3,015.04 | $1,507.52 | $0.00 | $0.00 | $1,444.00 | $0.00 | $64,799.84 |
| Paid: | | | | $3,500.00 | $0.00 | $90,283.20 | $3,015.04 | $1,507.52 | $0.00 | $0.00 | $1,444.00 | $0.00 | Distribution Percentage |
| Overage / | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.03% |
| Deficiency: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |